1 | Robert W. Norman, Jr. (SBN 232470)
Neil J. Cooper (SBN 277997)
2 | HOUSER & ALLISON, APC
9970 Research Drive
3 | Irvine, California 92618
Telephone: (949) 679-1111
4 | Facsimile: (949) 679-1112
E-Mail: ncooper@houser-law.com
5
Attorneys for Defendant
6 | PARAMOUNT RESIDENTIAL MORTGAGE GROUP, INC.

7

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| ANDRE LAWRENCE, | Case No.: 2:18-cv-02231-TLN-EFB |
|---|---|
| Plaintiff | Hon. Troy L. Nunley |
| vs. | **ORDER GRANTING DEFENDANT PARAMOUNT RESIDENTIAL MORTGAGE GROUP, INC.'S REQUEST FOR TELEPHONIC APPEARANCE** |
| EXPERIAN INFORMATION SOLUTIONS, INC.; EQUIFAX INFORMATION SERVICES, LLC; TRANSUNION, LLC; PARAMOUNT RESIDENTIAL MORTGAGE GROUP, INC., | |
| Defendants | Hearing – <br> Date: September 24, 2019 <br> Time: 9:00 a.m. <br> Courtroom: 2 |
| | Action Filed: August 15, 2018 |

Having read the request by defendant Paramount Residential Mortgage Group, Inc.'s counsel, the Court hereby grants the request to appear telephonically at the September 24, 2019 Motion to Dismiss hearing. Neil J. Cooper can be reached directly at (949) 679-1111.

The Courtroom Deputy will initiate the telephone call 5-10 minutes prior to the time of the scheduled hearing through the court's telephone conferencing system in the courtroom.

DATE: September 4, 2019

_____
HON. TROY L. NUNLEY

1
ORDER GRANTING REQUEST FOR TELEPHONIC APPEARANCE